1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7050
7    Facsimile: (415) 436-7234
     E-Mail: Mark.Kang@usdoj.gov
8
   Attorneys for the United States of America
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,          )   No. CR12-0627 WHA
                                        )
15 |        Plaintiff,                  )
                                        )
16 |    v.                              )   STIPULATION AND [PROPOSED]
   | ARTURO BARRAGAN GONZALEZ,          )   ORDER EXCLUDING TIME UNDER 18
17 |    a/k/a Arturo Barragan,          )   U.S.C. § 3161
                                        )
18 |        Defendant.                  )
   |_____    )
19

20      On August 27, 2012, the parties in this case appeared before the court, for a detention

21 hearing. At that time, the defendant waived his detention hearing without prejudice, and the

22 matter was set for an initial appearance before the district court on September 18, 2012. The

23 parties have agreed to exclude the period of time between August 27, 2012 and September 18,

24 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that

25 granting the exclusion would allow the reasonable time necessary for effective preparation of

26 counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice

27 served by granting such an exclusion of time outweigh the best interests of the public and the

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the court made findings consistent with this agreement. SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 27, 2012           /s/
                                 J. MARK KANG
                                 Special Assistant United States Attorney

DATED: August 27, 2012           /s/
                                 JODI LINKER
                                 Attorney for ARTURO BARRAGAN GONZALEZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

[PROPOSED] ORDER

For the reasons stated above and at the August 27, 2012 hearing, the court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 27, 2012 and September 18, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: Aug 28, 2012

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA