MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR12-0627 WHA |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED]** |
| ARTURO BARRAGAN GONZALEZ, ) | **ORDER EXCLUDING TIME UNDER 18** |
|   a/k/a Arturo Barragan, ) | **U.S.C. § 3161** |
|     Defendant. ) | |

    On September 18, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to October 9, 2012. The parties have agreed to exclude the period of time between September 18, 2012 and October 9, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

1  At the hearing, the court made findings consistent with this agreement.  SO STIPULATED:

2

3
                        MELINDA HAAG
4                         United States Attorney

5

6  DATED: September 18, 2012         _____/s/_____
                        J. MARK KANG
7                         Special Assistant United States Attorney

8

9  DATED: September 18, 2012         _____/s/_____
                        JODI LINKER
10                        Attorney for ARTURO BARRAGAN GONZALEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

1  [PROPOSED] ORDER

2  For the reasons stated above and at the September 18, 2012 hearing, the court finds that
3  the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
4  September 18, 2012 and October 9, 2012 is warranted and that the ends of justice served by the
5  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
6  U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10  IT IS SO ORDERED.

12  DATED:  September 19, 2012.

13  THE HO_____ALSUP
    United S_____



STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA