1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BARRAGAN-GONZALEZ
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,         )   No. CR-12-0627 WHA
                                     )
13         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE SENTENCING
14    v.                             )   HEARING
                                     )
15 ARTURO BARRAGAN-GONZALEZ,         )
                                     )
16                                   )
           Defendant.                )
17 _____ )

18
          The parties jointly request that, subject to the Court's approval, the sentencing hearing
19
   presently set for January 22, 2013 be continued to January 29, 2013 at 2:00 pm.
20
          On October 23, 2012, defendant Arturo Barragan-Gonzalez pleaded guilty to a one count
21
   indictment charging him with a violation of 8 U.S.C. § 1326, illegal reentry after deportation. At
22
   that time, the Court scheduled January 22, 2013 for the sentencing hearing. Unfortunately,
23
   defense counsel has been out of the office to undergo shoulder surgery, and was therefore
24
   unavailable to timely review the draft Presentence Report to allow the report to be prepared in
25
   time for the January 22nd sentencing date.
26

1  Accordingly, the parties jointly request that the sentencing hearing be continued to
2  January 29, 2013 at 2:00 pm.  The United States Probation Officer assigned to this case has been
3  consulted and has no objection to this request.

4  IT IS SO STIPULATED.

5

6  January 2, 2013                                              /s/
   DATED                                              MARK KANG
7                                                     Special Assistant United States Attorney

8

9  January 2, 2013                                              /s/
   DATED                                              JODI LINKER
10                                                    Assistant Federal Public Defender

11

   IT IS SO ORDERED.
12

13
   January 3, 2013.
14 DATED                                              WILLIAM H. ALSUP
                                                      United States District Judge